# **<u>EXHIBIT A</u>**

Naomi Spector (SBN 222573)
Email: nspector@kamberlaw.com
**KAMBERLAW, LLP**
3451 Via Montebello, Ste.192-212
Carlsbad CA 92009
Phone: 310.400.1053
Fax: 212.202.6364

Counsel for Plaintiff Allison Barton, and the putative Class

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BARTON, individually, and on behalf of others similarly situated,<br><br>               Plaintiff,<br><br>vs.<br><br>ONLY WHAT YOU NEED, INC.,<br><br>               Defendant. | Case No.:<br><br>**DECLARATION OF PLAINTIFF ALLISON BARTON IN SUPPORT OF COMPLAINT AND REGARDING VENUE PURSUANT TO CAL. CIVIL CODE § 1780(d)** |

I, Allison Barton, hereby declare:

1. I am a named-plaintiff and a prospective class member in the above-entitled action.

2. I am an adult, over 18 years old. I have personal knowledge of the facts stated herein and could competently testify thereto if called upon to do so.

3. I am currently a resident of San Diego, California and a citizen of California.

4. The Complaint filed in this matter contains causes of action for violations of: (1) Unfair and Unlawful Business Acts and Practices, Cal. Business & Professions Code §§ 17200 *et seq.* (the "UCL"); (2) Deceptive Advertising Practices, Cal. Business & Professions Code §§ 17500 *et seq.* (the "FAL"); (3) California's Consumer Legal Remedies Act, Cal. Civil Code §§ 1750 *et seq.* (the "CLRA"); (4) Breach of Express Warranty; and (5) Quasi-Contract. These causes of action arise out of Defendant Only What You Need, Inc.'s deceptive, unfair, and false merchandising practices with respect to its Chocolate Plant Protein powder (collectively the "Products").

5. California Civil Code § 1780(d) provides that a plaintiff seeking to bring a claim under Section 1780(a) of the California Consumer Legal Remedies Act may commence that action "in the county in which the person against whom it is brought resides, has his or her principal place of business, or is doing business, or in the county where the transaction or any substantial portion thereof occurred."

6. I purchased the Product at issue in San Diego, California.

7. Accordingly, the Complaint filed in the above-entitled action is filed in the proper venue pursuant to Civil Code § 1780(d).

8. I purchased the Product, Net. Weight 1.32 LBS, between February and April of 2024.

9. I purchased the Product from a Sprouts Farmers Market store located in San Diego.

10. To the best of my recollection, I paid approximately $35.00 for the Product.

11. At the time of purchase, I viewed the label statements on the Product (the

1  "Representations").

2  12. I relied on the Representations in purchasing the Product.

3  13. At the time I purchased the Product I did not know that the Products contain lead.

4  14. If I had known that the Products contain lead, I would not have purchased the Product.

5  15. I would like to purchase the Products in the future if they do not contain lead.

6  16. I am concerned, however, that I will not know if the Products continue to contain lead because Defendant failed to disclose the presence of lead in the Products in the first place.

7  17. I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on  Jul 18, 2025  , in San Diego, California.

*Allison Barton*
box SIGN    4QYQRPL2-4ZZ8WLXK

ALLISON BARTON