AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Allison Barton, individually, and on behalf of others similarly situated

*Plaintiff*

V.

Only What You Need, Inc.

*Defendant*

Civil Action No. 25-cv-1849-BAS-KSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Only What You Need, Inc.
c/o Cogency Global Inc., Registered Agent
122 East 42nd Street, 18th Floor
New York, NY 10168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Naomi B. Spector
3451 Via Montebello, Suite 192-212
Carlsbad, CA 92009
(310) 400-1053

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/21/25



John Morrill
*CLERK OF COURT*
S/                A. Islas
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 25-cv-1849-BAS-KSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ONLY WHAT YOU NEED, INC., c/o COGENCY GLOBAL INC., REGISTERED AGENT was received by me on *(date)* Jul 21, 2025, 4:16 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cesar Delgado, who is designated by law to accept service of process on behalf of *(name of organization)* ONLY WHAT YOU NEED, INC., c/o COGENCY GLOBAL INC., REGISTERED AGENT on *(date)* Mon, Jul 28 2025 ; or

☐ I returned the subpoena unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 07/28/2025

Server's signature

Joseph Donovan

Printed name and title

PO Box 7312, Hicksville, NY 11801

Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 28, 2025, 11:28 am EDT at Company: 122 East 42nd Street 18th Floor, New York, NY 10168 received by Cesar Delgado. Age: 35; Ethnicity: Hispanic; Gender: Male; Weight: 180; Height: 5'10"; Hair: Black; Relationship: Corporate Service Specialist;

Documents served: CLASS ACTION COMPLAINT "DEMAND FOR JURY TRIAL"; CIVIL COVER SHEET; EXHIBIT; SUMMONS IN A CIVIL ACTION