DENTONS US LLP
MICHAEL J. DUVALL (SBN 276994)
michael.duvall@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-99

NORMAN M. ASPIS (SBN 313466)
norman.aspis@dentons.com
4655 Executive Drive, Suite 700
San Diego, CA 92121
Telephone: (619) 236-1414
Facsimile: (619) 232-8311

Attorneys for Defendant
Only What You Need, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BARTON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONLY WHAT YOU NEED, INC.,<br><br>Defendant. | Case No. 3:25-cv-01849-BAS-KSC<br><br>Chief District Judge Cynthia A. Bashant<br>Magistrate Judge Karen S. Crawford<br><br>JOINT MOTION TO EXTEND DEFENDANT ONLY WHAT YOU NEED, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Action Filed: July 18, 2025<br>Complaint Served: July 28, 2025 |

Plaintiff Allison Barton and Defendant Only What You Need, Inc. jointly move pursuant to Local Rules 7.2 and 12.1 to extend Defendant's time to respond to Plaintiff's Complaint, which was filed on July 18, 2025, by 30 days, from the current deadline of September 17, 2025 to October 17, 2025.

This matter is a complex, putative class action in which Plaintiff has asserted five claims for relief arising from alleged misrepresentations on and in connection with Defendant's chocolate flavor Pro Elite High Protein Powder. The parties are engaged in continued meet-and-confer discussions regarding the allegations in Plaintiff's Complaint, and the parties believe that an extension of the responsive

pleading deadline will facilitate their efforts to narrow or even eliminate issues for litigation and accordingly will conserve the resources of the Court and the parties. The parties therefore agree that good cause exists to extend Defendant's responsive pleading deadline.

There has been one prior extension of this responsive pleading deadline, and an extension to October 17, 2025 will not interfere with any existing deadlines in this case or prejudice any party.

Dated: September 15, 2025         KAMBERLAW, LLP

By: _s/ Naomi Spector_
         Naomi Spector

Attorneys for Plaintiff
ALLISON BARTON

Dated: September 15, 2025         DENTONS US LLP

By: _s/ Michael J. Duvall_
         Michael J. Duvall

Attorneys for Defendant
ONLY WHAT YOU NEED, INC.

## SIGNATURE ATTESTATION

Pursuant to Section 2(f)(4) of the ECF Manual, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 15, 2025         DENTONS US LLP

By: _s/ Michael J. Duvall_
         Michael J. Duvall

Attorneys for Defendant
ONLY WHAT YOU NEED, INC.