```
DENTONS US LLP
MICHAEL J. DUVALL (SBN 276994)
michael.duvall@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Telephone:  (213) 623-9300
Facsimile:  (213) 623-99

NORMAN M. ASPIS (SBN 313466)
norman.aspis@dentons.com
4655 Executive Drive, Suite 700
San Diego, CA  92121
Telephone:  (619) 236-1414
Facsimile:  (619) 232-8311

Attorneys for Defendant
Only What You Need, Inc.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BARTON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONLY WHAT YOU NEED, INC.,<br><br>Defendant. | Case No. 3:25-cv-01849-BAS-KSC<br><br>Chief District Judge Cynthia A. Bashant<br>Magistrate Judge Karen S. Crawford<br><br>JOINT NOTICE OF SETTLEMENT<br><br>Action Filed:  July 18, 2025<br>Complaint Served:  July 28, 2025 |

Plaintiff Allison Barton and Defendant Only What You Need, Inc. (collectively, the "Parties") hereby notify the Court that the Parties have agreed in principle to settle the above-captioned matter, subject to execution of a fully integrated settlement agreement, which counsel for the Parties are in the process of preparing. The Parties intend to finalize the settlement agreement as soon as practicable and anticipate filing a dismissal of Plaintiff's individual claims within 28 days, in accordance with this Court's Civil Standing Order.

Accordingly, the Parties respectfully request that the Court stay or vacate all deadlines in this case and set this matter for a status conference approximately 60

1  days from this date (which the Parties anticipate will be able to be vacated in light
2  of the intervening dismissal).
3
4  Dated: December 17, 2025              KAMBERLAW, LLP
5                                        By: __s/ Naomi Spector_____
                                              Naomi Spector
6
7                                        Attorneys for Plaintiff
                                          ALLISON BARTON
8
9  Dated: December 17, 2025              DENTONS US LLP
10                                       By: __s/ Michael J. Duvall_____
                                              Michael J. Duvall
11
12                                       Attorneys for Defendant
                                          ONLY WHAT YOU NEED, INC.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to Section 2(f)(4) of the ECF Manual, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 17, 2025

DENTONS US LLP

By: *s/ Michael J. Duvall*
Michael J. Duvall

Attorneys for Defendant
ONLY WHAT YOU NEED, INC.