Naomi B. Spector (SBN 222573)
Email: nspector@kamberlaw.com
KAMBERLAW, LLP
3451 Via Montebello, Ste. 192-212
Carlsbad, CA 92009
Phone: 310.400.1053
Fax: 212.202.6364

*Attorneys for Plaintiff Allison Barton,*
*and the Putative Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BARTON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONLY WHAT YOU NEED, INC.,<br><br>Defendant. | Case No. 3:25-cv-01849-BAS-KSC<br><br>Chief District Judge Cynthia A. Bashant<br>Magistrate Judge Karen S. Crawford<br><br>NOTICE OF DISMISSAL<br>[FRCP 41(a)(1)(A)(i)]<br><br>Action Filed: July 18, 2025<br>Complaint Served: July 28, 2025 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Allison Barton hereby dismisses her individual claims in this action against Defendant Only What You Need, Inc. with prejudice and without prejudice as to claims of the proposed class members.

Dated: January 26, 2026

KAMBERLAW, LLP

By: ___*s/ Naomi B. Spector*___
       Naomi B. Spector

Attorneys for Plaintiff
ALLISON BARTON